**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-2200
_____

Timothy Edward Holz,,          *
                               *
          Appellant,           *
                               *
     v.                        *
                               *
Gary Grimes,                   *
                               *
                               *
          Appellee.            *
                               *
-----------------              *
                               *
Timothy Edward Holz,           *
                               *
          Appellant,           *
                               *
                               *  Appeal from the United States
     v.                        *  District Court for the
                               *  District of Western Arkansas.
Gary Grimes,                   *
                               *      [UNPUBLISHED]
          Appellee.            *
                               *
-----------------              *
                               *
Timothy Edward Holz            *
                               *
          Appellant,           *
                               *
     v.                        *
                               *
Gary Grimes; Officer Hammond,  *
Sebastian County Detention     *
Center Deputy; Officer Cox,    *
Sebastian County Detention     *
Center Deputy,                 *
                               *
          Appellees.           *

_____

Submitted: April 23, 1997

Filed: April 30, 1997
_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.
_____

PER CURIAM.

Timothy Edward Holz, an Arkansas inmate, appeals the district court's[1] judgment in favor of defendants in his 42 U.S.C. § 1983 actions following a bench trial. Having carefully reviewed the record and the parties' briefs, we conclude the district court's judgment was correct for the reasons stated in its thorough memorandum opinion. Accordingly, we affirm. See 8th Cir. R. 47B. We deny Holz's motion for a writ of mandamus.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Beverly R. Stites, United State Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).